Case 5:09-cv-02489-CLS   Document 114-2   Filed 10/22/12   Page 1 of 6

Long and Houck

FILED
2012 Oct-22  PM 06:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

1       TRANSCRIPTION OF HOUCK AND

2     LONG IA RECORDED STATEMENTS

3                                      Childress Ex. 2

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22    Transcribed by:  Christie L. Williams

23

**Freedom Court Reporting, Inc**                    **877-373-3660**

```
 1                    (HOUCK) (reporter error - Long)

 2

 3        Q.        Today is Wednesday, June 25th,

 4   Internal Affairs Office, Investigator Patrick

 5   and Officer Donald Wesley Long.  You go by Wes?

 6        A.        (Witness nodding.)

 7        Q.        Wes, we're here to talk to you

 8   about something real quick.  Before we talk to

 9   you about it, you have to be made aware of your

10   administrative rights.

11        A.        Okay.

12        Q.        Thank you, sir.  Wes, the reason

13   I'm having to talk to you today, it's got

14   something to do with a gentleman by the name of

15   Allen Childers and Mr. Childers has an address

16   of 10002 Willow Park Drive.  I'm sorry, yeah,

17   10002 Willow Park Drive and it's alleged that

18   back on 12/16 of '07 you, along with Officer

19   Houck, made an arrest on his person for

20   obstructing governmental operations.  He's

21   alleging that this was an unlawful arrest and

22   that you guys injured him for no reason

23   whatsoever.  Give me the start and beginning if
```

Long and Houck                                                          3

```
 1    you want to and --

 2         A.      We got a 911 hang-up call there at

 3    that address.  I've been there in that

 4    neighborhood before and an officer just got

 5    killed the day before that, so we parked about

 6    two or three houses down, approached it from

 7    the north and went out there.  Officer Houck

 8    knocked on the door.

 9         Q.      Do you remember the layout of the

10    house?

11         A.      Yeah.  The house faced east, the

12    rear faced west and so the front of it sat

13    towards the road facing east.  I'll get into

14    the layout in a minute because once we got in

15    the house and got him secured Mark Hendrix,

16    Officer Hendrix, with the SWAT team, he came

17    and -- due to the amount of weapons in the

18    house he drew a diagram of the house.

19         Q.      What was the exterior; do you

20    remember the exterior, how it's laid out?

21         A.      Yeah, you walk in the front door.

22    The front door was on the side of the porch.

23    You walk in and there was like a diagram.
```

1          Q.      Not the inside, the outside.

2          A.      All right.  The front of the house

3     faced east and it was a long porch, probably

4     about 20, 25 feet long and about six feet wide

5     and it was a ranch style home, one story home

6     and it's got like a -- just that front porch on

7     the front and the south portion of the house

8     stuck out further than the porch and there was

9     a bunch of big trees out in the front yard.

10         Q.      So you guys get the 911 call, you

11    go up there, you guys park there, you walk down

12    to the house.  Where do you go?

13         A.      If I recall, I went -- there was a

14    big tree in the front yard.  Like I said,

15    everybody's alert was up because Freeman just

16    was killed not even a block from where that

17    house was.  In fact, I think that may -- well,

18    anyway, I stood behind a tree while Officer

19    Houck knocked on the door, no response.  He

20    knocked again and I saw the miniblind come up

21    just enough so somebody could look out.  I told

22    the guys that somebody was looking out the

23    window, to back up.  So we knocked again,

```
 1   identified ourselves as Huntsville Police.  The

 2   guy shut the blind real quickly and then opened

 3   the blind again.  At that time I changed my

 4   position where I was behind a tree in the front

 5   of the house.  Officer Houck was by the garage

 6   on this corner.  So being that were getting

 7   strange activity from somebody inside, I wanted

 8   to cover the other corner in case he come out

 9   the back, didn't want him to come plank us.  So

10   I moved from this tree to the corner of the

11   house so I could watch that corner.  And this

12   went on for several minutes.  At that point, I

13   called for some more units to come over there

14   just because I didn't know what was about to

15   happen.  Then I heard -- like I said, I was on

16   this south corner of the house.  I couldn't see

17   the front door or that window anymore.  I heard

18   somebody open the front door and so I eased

19   around the corner and there was a white male

20   standing on the porch with a bathrobe on and he

21   had both hands in the robe and Ed identified

22   himself as Huntsville Police and to show us his

23   hands, take his hands out of his robe and the
```

**Long and Houck**

```
 1   guy yelled back, he said, let me see your
 2   hands.  And of course we didn't do that.  Ed
 3   again told him to show us your hands and at
 4   that time I kind of eased up behind him to see
 5   if I could see a gun or some type of weapon and
 6   the guy is yelling to show our hands to him --
 7   or Eddie's hands to him.  He finally takes his
 8   hands out of his pockets and that's when I went
 9   and grabbed him and put him on the ground and
10   Eddie come up and I handcuffed him and about
11   that time when we were putting cuffs on him
12   Hendrix, Officer Hendrix, approached as he was
13   already on the ground.
14        Q.     What would you say or how would
15   you describe Mr. Childers' -- how would you
16   describe him, how would you describe his
17   demeanor, the way he was acting?
18        A.       Pretty erratic behavior.  He
19   looked like he was having some type of mental
20   episode.  I've been out here nine years and I
21   mean, he was wide eyed, tensed up the entire
22   time even after he was in custody he -- just
23   very erratic behavior.  After we got him under
```