Case 5:09-cv-02489-CLS   Document 114-3   Filed 10/22/12   Page 1 of 6

FILED
2012 Oct-22 PM 06:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Long and Houck**

```
 1    control and searched him and found out he
 2    didn't have any weapons on him I asked him why
 3    was he doing that.  We identified ourselves as
 4    the police, why didn't he answer the door and I
 5    told him several times we responded there, we
 6    got a 911 hang-up call from that address.  He
 7    swore up and down that he didn't call the
 8    police.  He said that several times throughout
 9    the whole time I talked to him.  When Hendrix
10    and Clardy got there they went into the house
11    and his cell phone -- the only phone in the
12    house was a cell phone and we opened the phone
13    up -- first of all, when he started saying he
14    didn't call 911 I got on the radio and asked
15    dispatch what the phone number was that the
16    call was placed and they gave me his cell phone
17    number.  It come back to his cell phone.  We
18    went in the house and opened up his phone and
19    the last call that was made from that phone was
20    to 911 and we confronted him with that evidence
21    and he still denied even calling.
22         Q.    Do you remember hearing anything
23    that he said other than show me your hands,
```

```
 1   show me your hands; did he say anything else or
 2   do you remember if he said anything else?
 3        A.    At this time I don't.  It's been
 4   several months ago.
 5        Q.    Right.
 6        A.    I was just focused on that.  Like
 7   I said, we were -- I wanted to see that man's
 8   hands and I couldn't understand why he was
 9   acting like that when he knew we were the
10   police.  He had a pretty good view of Eddie
11   there in the corner, so he knew we were
12   uniformed officers.  So I was trying to process
13   in my mind why is this man acting like this.
14        Q.    So you guys after he gets arrested
15   or after -- were there any complaints or did
16   you see any injury on him?
17        A.    None.
18        Q.    At that point?
19        A.    Not at all.  In fact, I looked at
20   him because it was real dark.  When I grabbed
21   him and I put him on the ground it was real
22   dark and after we got him handcuffed and
23   searched him for weapons, the only clothes he
```

```
 1   had on was a bathrobe.  He was naked under the
 2   robe.  We looked at him, I looked at him all up
 3   and down with my flashlight.  He not once
 4   complained of any pain or injuries, didn't have
 5   any visible injuries.  Officer Houck checked
 6   him.  The only thing he complained of was he
 7   was cold.  It was pretty cold that night.  So
 8   after we got him taken care of and checked him
 9   out we sat him in the patrol car.
10        Q.   And then you guys went in the
11   house?
12        A.   Yeah.  When we were still with him
13   on the ground trying to put him in custody,
14   like I said, Hendrix and Clardy pulled up.  Me
15   and Eddie obviously had him under control and
16   the house had not been checked yet.  So Hendrix
17   and Clardy immediately went in the house and
18   cleared the house.
19        Q.   Just one more time, tell me why
20   they went in the house.
21        A.   Because it had not been checked
22   yet.  The door was standing open and our backs
23   was to it.  So I'm assuming it was just for
```

```
 1   officers --
 2          Q.     And you got a 911 hang-up call?
 3          A.     Yes.
 4          Q.     So due to the way he acted, it was
 5   unknown whether there was anything actually
 6   going on in the house or not?
 7          A.     Right.  We didn't know if any
 8   victims was in there.  The door was wide open,
 9   our backs was to it, so it was an officer
10   safety issue why they went in there to see if
11   we had any victims in there.  And after we had
12   him taken care of I went in the house and
13   looked around -- you want me to go into that?
14          Q.     Yeah.
15          A.     We went in the house.  Like I
16   said, it was barely any furniture in there.
17   There was a Christmas tree in the den, which
18   that was it.  I don't recall any furniture
19   being in that den other than a small Christmas
20   tree.  Went in the living room and there was, I
21   think, a small couch and a table and then we
22   went back in the bedroom and he had weapons
23   lined up on the bed.  There was tons of ammo
```

```
 1    and one room in particular he had a bunch of
 2    ammo cans and military magazines and just all
 3    kinds of assault rifle information, magazines
 4    with ammo in it.  Went in his bedroom, he had
 5    three or four pistols on his bed loaded and we
 6    thought that was very strange.
 7         Q.    Did anybody ask him about them?
 8         A.    I believe I did, but I can't
 9    remember the answer he give me.  From what I
10    recall, it was something nonchalant like --
11         Q.    (Inaudible.)
12         A.    Yeah.
13         Q.    So all of the weapons are laying
14    in there and he never says anything to you guys
15    or say anything on the way to the jail that you
16    can remember or anything?
17         A.    I don't remember anything out of
18    the ordinary.  I had video.
19         Q.    You do have video of it?
20         A.    I think it was in my -- before I
21    went to the DUI my old car was 1736.
22         Q.    1736?
23         A.    They can pull that video and see.
```

```
 1   But once we got to the jail I can just remember
 2   him being nonchalant about it saying he didn't
 3   do anything wrong.  I asked him at the jail why
 4   did you call 911 and he just kept on saying he
 5   didn't call 911.
 6        Q.     Have y'all had anymore problems in
 7   general with him?
 8        A.     Well, not that I know of, but that
 9   was in December and I left that precinct in
10   early February.
11        Q.     Yeah, that's right.
12        A.     So I don't know whether they got
13   anymore calls or not.  I do know that I flagged
14   the residence with dispatch for an officer
15   safety issue due to all the weapons in the
16   house and his behavior.
17        Q.     You've got in your original
18   arrest -- didn't y'all end up OC spraying him?
19        A.     Okay.
20        Q.     When you grabbed him and you took
21   him down -- it says here that he went and put
22   his hands behind his back and at that point he
23   was OC'd.
```