
```
 1        A.      Yeah.
 2        Q.      Do you remember anything about
 3   that before now?
 4        A.      When I took him down, if I can
 5   recall, his arm, his left arm went under him
 6   and he wouldn't give me that hand.  I chose
 7   instead of placing strikes on him or a strike
 8   on him I just decided to OC him.
 9        Q.      You filled out all the appropriate
10   paperwork for that?
11        A.      Yeah, notified the supervisor.
12   Like I said, my objective at that point was he
13   didn't comply with the minimum amount of force
14   and minimum amount of injuries.  Still at that
15   time I didn't know --
16        Q.      You didn't know what was going on?
17        A.      -- if he was armed and --
18        Q.      Did you find anything on him?
19        A.      No, he didn't have anything on him
20   other than that bathrobe.  That's the only
21   stitch of clothing he had on.  My way of
22   thinking, at that split second, if I go ahead
23   and apply OC to him and he can't see us, if he
```

1   is armed then -- that was just one of those

2   split second --

3       Q.   And if he's resisting arrest by

4   departmental policy you're allowed the right to

5   use it anyway.  All right, man.  Go ahead and

6   start filling that out for me if you don't

7   mind.  I'll leave you alone, give you some time

8   to fill it out.  Just step out and holler at me

9   when you get done.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

```
 1                    (LONG)  (reporter error - Houk)
 2
 3        Q.      There's your lovely administrative
 4   rights.
 5        A.      What is the date?
 6        Q.      The 28th.  Don't forget to fill
 7   out the top part for me there because I don't
 8   want to --
 9        A.      Gotcha.
10        Q.      Basically in a nutshell what I
11   want to talk to you about is a call -- where
12   were you working back in December, December
13   16th of 2007?
14        A.      I guess patrol.
15        Q.      Okay.  Let me tell you what this
16   is all about.  This is a suit against the City
17   has been filed alleging misconduct, assault and
18   battery and all that stuff against the City.
19        A.      Sure.
20        Q.      This goes back to, like I said,
21   December 16th of 2007.  There was a call that
22   came in as a 911 hang up call and the address
23   was 10002 Willow Park Drive.  The individual
```

```
 1    that lived at that address is an Allen
 2    Childers.  Do you remember that?
 3         A.    Yeah, sure do.
 4         Q.    What can you tell me about it?
 5         A.    If I'm not mistaken, it was early
 6    in the morning like -- I don't know exact time,
 7    2:00, 3:00.  I don't know the time, but it was
 8    pretty late.  We got a call, 911 hang-up call,
 9    no response on call back.  I think me and
10    Officer Long, Wes Long, went.
11         Q.    Were you riding with Long?
12         A.    No, we were assigned the call.  We
13    both got the call.  So anyway, we pull up and
14    park down the street like at the corner.  If
15    I'm not mistaken, Tim, I think the house is
16    either the second or third house from -- let me
17    get your barriers here.  If you're going down
18    Bailey Cove and you're going to turn right to
19    go to Weatherly and I think left is even
20    Weatherly, okay.  As a matter of fact, we could
21    see where Officer Freeman got shot right there.
22    We pull up and stop at the corner and walk up.
23    The house was completely blacked out, pretty
```

1  dark, no lights at all. So we just -- it just
2  felt kind of weird, 911 hang-up call that time
3  of morning. So I think Wes went around to the
4  far -- that would be the south end of the
5  house. He came up that way and I hugged the
6  house up there. And the house was kind of
7  almost like it was L or U shaped kind of like,
8  okay. So what you would do is I had a view of
9  the front door and all this other stuff, I ease
10 up to the door, ring the doorbell, nothing.
11 And we're sitting there and Wes is, like I
12 said, on the south end of the house behind this
13 tree and I'm kind of hugged up against what
14 turned out to be the garage. And I remember
15 looking inside the garage over the -- you know
16 how you have the window on the door. The car
17 was backed in, if I'm not mistaken, like a
18 T-bird. So I'm sitting there looking and we're
19 kind of like what is going on. I think there
20 was some traffic with dispatch at that time. I
21 look up at the house and there's some blinds on
22 the front window and a crack about this big.
23 And I said somebody is watching us. So Wes

1   sees the same thing.  So I shine a light and I
2   said it's Huntsville Police, did you call, come
3   out and talk to us a minute.  Closes the
4   shades.  Well, I'm not about to stick my
5   pumpkin out around the house so he can shoot me
6   or whatever.  Because at that time I still
7   didn't realize what was -- what we had.  So we
8   sit there a minute more and I say Huntsville
9   Police several times, several times.  Finally
10  one of the shades cracks open again.  I hear
11  this inside "show me your hands" and I said no.
12  I said, I'm police department, I'm not going to
13  show you my hands, you cut the light on and
14  step out on the porch.  Fuck you, show me your
15  hands.  No, it don't work like that.  So we
16  just --
17       Q.    That was the exact words, though,
18  that you remember?
19       A.    Fuck you, show me your hands.  I'm
20  not going to open the door for anybody.  You've
21  got to understand what had just taken place not
22  very long prior to that.  So everybody is kind
23  of on edge as it is.  So we told him once again