Case 5:09-cv-02489-CLS   Document 114-5   Filed 10/22/12   Page 1 of 6

FILED
2012 Oct-22 PM 06:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

Long and Houck

10

```
 1    Huntsville Police, come out on the porch and
 2    talk to us.  Now, we're still behind cover
 3    because I was not going to come out from under
 4    cover.  It kind of gave me the feeling that I
 5    was kind of in for a little setup kind of
 6    thing, you know what I mean, because he's
 7    peeking out the window.  He's called 911
 8    obviously or we wouldn't have ever got the
 9    call.  I mean, I just don't go to people's
10    house in the middle of the night for nothing.
11    He finally comes out on the porch and I think
12    he's in his robe and he's got his hands in his
13    pocket.  I'm still -- I'm talking to -- I don't
14    think he even sees Wes at this point because
15    when he walks out onto the porch just for my
16    safety my flashlight is in his face.  So he
17    can't see what we're doing.  And I tell him,
18    sir, we need to see your hands, it's the
19    Huntsville Police Department, did you call.
20    Fuck you, I'm not showing you my hands.  I
21    didn't call the police.  Okay, hold up.  So I
22    start to ease up there to him.  Well, Wes is
23    easing around from his side and the guy, he's
```

```
 1   got his hand in his pocket, still has his hand
 2   in his pocket.  Wes goes up, put his hands on
 3   him and has to put him to the ground, okay.
 4   Well, the fight is on.  I think Wes had to
 5   spray him, the whole bit, to get him to comply.
 6   Now, I'm standing there in my uniform, Wes is
 7   in his uniform, he knows who we are at this
 8   point.  Because when he first came out I did
 9   have the light on him to blind him.  He steps
10   out and we start to make our move and he's
11   still got his hand in his pocket and he has not
12   seen Wes yet because he's talking to me.  Wes
13   takes him down, boom.  Well, we go in at that
14   point. Wes secures him.  I go in and clear the
15   house.  When I go in to clear the house
16   everything is dark, everything is pitch black
17   inside.  So I go in and start flipping lights
18   on as I'm clearing.  Well, as I start to go
19   through the house he's got weapons laying on
20   the bed like the sawed off ones.  There's guns
21   all over the house.  As a matter of fact, there
22   was even like a tripod set up in the front
23   room, like the L-shaped house, okay.  This
```

1   front room where Wes was standing there was a
2   rifle laid out, ammo is right there with it and
3   there's a tripod.  I don't know what's going on
4   with this guy, don't know, don't care.  I know
5   just that night we got a 911 call, we look at
6   his cell phone, there's 911 called on there and
7   he won't comply with what we're asking him to
8   do.  At that point we were through asking at
9   that point.  We were telling him, directing his
10  actions and he still wouldn't comply and do
11  what we asked him to do.  So he was taken to
12  the ground, had to be physically taken and
13  sprayed and handcuffed and all that other
14  stuff.
15          Q.    Did anybody talk to him after --
16          A.    Yes, we were trying to figure out
17  what -- he denied at that point that he called
18  911, but we looked at his cell phone, 911 has
19  been called.
20          Q.    Do you know how many times it was
21  called?
22          A.    I have no idea, don't remember.  I
23  mean, but we respond there, dispatch sends us

```
 1   there.
 2        Q.    Right.
 3        A.    So they just don't --
 4        Q.    Did you guys call for HEMSI to
 5   decon him?
 6        A.    Yes, he was deconned.  Now, hang
 7   on.  Let me think about that just a minute.
 8   I've never been involved in a spraying -- I've
 9   never been involved in a spraying where HEMSI
10   wasn't called to decon the person right there.
11   I mean, I know that's protocol or whatever, so
12   I've never been a part of something like that.
13        Q.    After he's been sprayed, after
14   he's been deconned, who transports him to jail;
15   do you know?
16        A.    I think Wes transported him.
17        Q.    How was his demeanor once
18   everything was done; do you remember?
19        A.    He was -- I wouldn't classify him
20   as being agitated.  And when we got him down
21   here we tried to explain to him, look, you've
22   got to understand something, you don't tell a
23   police officer that you need to see his hands
```

```
 1   because you're not going to get a very good
 2   response from that.  We responded to his house
 3   obviously from a call from his house.
 4        Q.   You had a legal purpose to be
 5   there?
 6        A.   And he wants to see my hands.  I
 7   said, look -- I forget his name.
 8        Q.   Childers?
 9        A.   Yeah, Mr. Childers.  I said, Wes
10   tried to go over and say, listen, you've got to
11   understand, you called us to your home and then
12   you don't answer the door and you're peeking
13   out the window at us, show me your hands, show
14   me your hands.  And when we finally do get you
15   out you won't take your hands out of your
16   pockets.  We go clear your house, there's
17   weapons all over the place.  You've got to
18   understand that's just no way to do business.
19        Q.   Did he say anything to any of
20   that?
21        A.   Nothing.  As a matter of fact, we
22   called Marcus Hendrix, Timbo, Clardy came and I
23   think Marcus went and whatever SWAT does or
```

```
 1   whatever about residences that have that type
 2   of -- there were guns all over the house laid
 3   out.
 4          Q.      When you guys got there -- and I
 5   was going to ask you that question, too, real
 6   quick -- so it's you and Wes.  Does anybody
 7   else show up, I mean, you guys take any calls
 8   and say give me another unit over here or
 9   nothing like that?
10          A.      No.  This kind of happened -- it
11   wasn't like a long, drawn out where everybody
12   can get there in time.  I think after we were
13   -- after everything was secured I think Officer
14   Clardy and Officer Hendrix showed up and then I
15   think we even called them over there.  I may be
16   wrong about that, I don't know, but I know that
17   Marcus came in because I thought Marcus needed
18   to come in there and see the house just for
19   nothing else just if they get a call out there.
20          Q.      Right.  So basically at the
21   initial point of the call -- from the initial
22   point of the call, you getting there,
23   everything goes down the way it goes down, it's
```