FILED
2012 Oct-22 PM 06:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Long and Houck**



```
 1   just you and Wes?
 2        A.    I think so.  And like I said, I
 3   may be wrong about that.  I don't know if Timbo
 4   and Marcus showed up.  I remember.  I know I
 5   called Marcus because I wanted him down there
 6   so that he would have some firsthand knowledge
 7   of what the house looked like, the layout, that
 8   kind of stuff.  The radio traffic will tell
 9   you.  I know you know that.  I'm not telling
10   you something y'all don't know.  When I called,
11   that kind of stuff.
12        Q.    Anything else you can think of?
13        A.    No, that's pretty well it.
14        Q.    All right.  I'll just get you to
15   write it down and we'll get you on your way,
16   chief.
17        A.    Okay.
18
19              (End of transcription.)
20
21
22
23
```

**Freedom Court Reporting, Inc**                877-373-3660

```
 1                    C E R T I F I C A T E

 2

 3    STATE OF ALABAMA

 4    COUNTY OF JEFFERSON

 5

 6              I, Christie L. Williams, hereby

 7    certify that the above and foregoing

 8    transcription was taken down by me on

 9    Computerized Stenotype, and the questions and

10    answers thereto were transcribed by me, and

11    that the foregoing represents a true and

12    correct transcript of the audio transcription.

13              I further certify that I am

14    neither of counsel nor of kin to the parties in

15    the action, nor am I in anywise interested in

16    the result of said cause.

17

18

19              /s/ Christie L. Williams, CCR

20              Commissioner (ACCR# 372)

21              Exp:  9/30/12

22              Notary exp:  1/20/16

23
```