Case 5:09-cv-02489-CLS Document 114-13 Filed 10/22/12 Page 1 of 7

FILED
2012 Oct-22 PM 06:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

Childress Ex. 9

1

Transcription of the Videotaped Interview of

AMANDA CARMEAN

Date of Interview:   January 14, 2009

IA Case #09-02-015

Quainoo v. COH

D005447

Interviewer:  Investigator Marilyn Burch

Transcribed at the request of Henry F. Sherrod

Transcribed by  Tara Staggs Gristina

Amanda Carmean interview

---

2

1  BY INVESTIGATOR BURCH:
2  Q.  All righty.  Have you ever done this
3  before?
4  A.  No.
5  Q.  Okay.  Is that chair okay?
6  A.  Uh-huh.
7  Q.  Okay.  You put your name and your rank and
8  your employee number and where you're currently
9  assigned there.  Then you can read all that, and
10 all that says is that you have to give us a
11 statement cooperating in the investigation, and
12 if you refuse to do so, you could be terminated,
13 but --
14 A.  Okay.  That goes without saying, though,
15 doesn't it?
16 Q.  Yeah.  Let me get my glasses.
17    (Investigator Burch leaves briefly.)
18 A.  2009.
19 Q.  Huh?
20 A.  2009.
21 Q.  Yeah.  Just check that yes.  Time flies
22 when you're having fun.
23 A.  I know it does.  That's what I figured this

Amanda Carmean interview

---

3

1  is about.
2  Q.  Yeah.
3  A.  I had a feeling that was coming.
4  Q.  Yeah.  She came up here yesterday.  Well,
5  she had actually been up here last week, but she
6  didn't have a complaint against you or Brian;
7  yet, she was up here because of her money.  You
8  need the -- do you need to see your arrest
9  report?
10 A.  I actually just looked it up before I came
11 up here.
12 Q.  Oh, okay.
13 A.  I figured that's what it was.
14 Q.  Okay.  Anyway -- well, anyway, she comes in
15 -- she came in yesterday and she alleged that you
16 called her a bitch --
17 A.  Uh-huh.
18 Q.  -- you hit her in the chest with a
19 flashlight, and you and Brian Hopkins basically
20 beat the crap out of her.
21 A.  And probably all for no reason at all.
22 Q.  For no reason.
23 A.  Yeah.

Amanda Carmean interview

---

4

1  Q.  She was doing everything she was supposed
2  to do.  Yeah, I --
3  A.  Did you read the arrest report?
4  Q.  I read the arrest report, and I've seen the
5  car video.
6  A.  Have you?
7  Q.  Yeah.  This is basically a -- basically a
8  formality because Brian didn't have his remote
9  mic on.
10 A.  Okay.
11 Q.  So you tell me.  Okay.  In the video, I see
12 you go up to the car, and you're talking to her
13 or whatever, and apparently she's giving you some
14 flack.  And then you look back at the car like
15 you're looking at Brian, and then he gets out --
16 A.  Uh-huh, yeah.
17 Q.  -- and goes to the passenger side, I think.
18 But, anyway, tell me when you got up to -- tell
19 me what happened when you got up to the car.  I
20 saw the thing, and it looks like -- to me, from
21 my point of view, it looks like she was going to
22 run because --
23 A.  From -- from Point A when she took off in

Amanda Carmean interview

5

the break in traffic?
Q. Right.
A. Uh-huh.
Q. Yeah. You're behind her when you activated lights. You got in the turning lane. Break in traffic, she turned west on Sparkman.
A. Uh-huh.
Q. And I think, from what it looks like, if you hadn't gotten to her so quickly, that she -- that she was actually turning on that side street and was going to try to evade you.
A. Uh-huh.
Q. But, anyway.
A. From what I can remember, because, you know, everything happened so fast.
Q. Right.
A. I do remember going up to her car, asking her for her information, and it was just from the beginning, you know, "This is racial. I want to know what I did. I didn't do anything wrong. I do have a tag light, and no, I'm not giving you any -- I'm not giving you anything," basically, "No, tough luck." So, you know, that

Amanda Carmean interview

6

was from point -- that was from the very beginning.
Q. The initial contact?
A. That was -- that was the attitude from the beginning. I walked up to the car, and she was -- she wouldn't put the car in park. She had it in drive. She had a foot on the brake and a foot on the gas. So, you know what I mean? Like what you said, I figured she's going to take off.
Q. Yeah.
A. You know, she's -- obviously, if you watch the car video, you'll see there was just enough room for her to go. She stopped. She took off.
Q. Uh-huh.
A. So I had to wait. And then I get her down there, and if she had just pulled over to the side, I would say, you know, she's trying to get out of traffic, but she just kept traveling down Sparkman.
Q. Well, if I'm not mistaken, there are a couple of streets, one or two --
A. That's the third street down on the right where we pulled her over.

Amanda Carmean interview

7

Q. Right, yeah. There are a couple, yeah, a couple of streets that she could have turned onto if she was just trying to get out of traffic instead of going as far as she did.
A. Yeah. So, anyway, that's -- that was my idea when I got there. I was very cautious because you don't ever -- you don't ever know --
Q. Exactly.
A. -- what kind of day she's had. It was just from the beginning, "This is racial. I'm not giving you -- no, I'm not giving you anything." So, at that point, I asked her to step out of the car. "No." Met with that, too. I had to -- from what I can remember -- now, you watched the video, and I haven't seen it. But I had opened the door and asked her to step out.
Q. Right.
A. And it was, "No, you know, I have -- there's no reason for me to be pulled over. I'm not getting out of my car." I can't remember what transpired after that. I can't remember all that was said. I do remember she didn't -- like she -- I think she tried to shut the door. She

Amanda Carmean interview

8

may have tried to shut the door, and I caught it and opened it. And she didn't -- she wanted me to take my hands off of her car.
Q. Do you remember if she -- I think she said, "Did you put your hand on my car?"
A. She started that, you know, "Get your hands off. Don't touch my car," something like that. And when she started to shut it, I had been somewhat between the door and the vehicle.
Q. Right.
A. And it's in drive. So, you know, I'm thinking, "If I get hung up in this and she takes off" --
Q. Yeah.
A. So, you know, I opened up the door, and I don't remember, you know -- I just can't remember the small, minute details.
Q. Right.
A. I just remember -- I do remember telling her that if she -- after she put her hands on me, you know, that she took it to the next level herself.
Q. Uh-huh.

Amanda Carmean interview

9

```
 1    A.  And I do remember sitting there shaking
 2   that Okey -- that OC can --
 3    Q.  Yeah.
 4    A.  -- not wanting -- not wanting to do it,
 5   because it ate me up.  It owned me for two days.
 6    Q.  Yeah.
 7    A.  And I -- she's the first person I've
 8   sprayed.  Other people, I'm sure they deserved
 9   it, but I just don't like to do it.
10    Q.  Yeah.
11    A.  And I must have warned her seven times
12   before, you know, before I actually did it, so.
13   And even then, afterwards, there was no
14   compliance.  She still wouldn't get out of the
15   car.  She still was, you know -- she was blowing
16   her horn, and I think she was trying to get
17   people to come out.
18    Q.  Uh-huh.
19    A.  Scream that, "This is racial," and, "You
20   did this to me for no reason."
21    Q.  Yeah.  Oh, yeah.  She, basically,
22   through -- you know, the rear mic was on.
23    A.  Uh-huh.
```

Amanda Carmean interview

10

```
 1    Q.  And you could hear very little.  You could
 2   hear -- after he got her out of the car, you
 3   could hear her screaming and yelling.  You could
 4   hear the horn.
 5    A.  Yes.
 6    Q.  You know.  And just from her being in the
 7   car, she screamed and yelled and --
 8    A.  Uh-huh.
 9    Q.  -- fussed about how unfair it was and all
10   this stuff.  Okay.  But anyway.
11    A.  That's all it came down to.  Brian -- I
12   wasn't strong enough to get her out of the car.
13   I mean, I just didn't have the physical strength
14   to get her out.  Brian is the one that actually
15   was able to pull her out.  And he tried
16   everything he knew to try, and she just would not
17   budge.  And he somehow eventually did get her out
18   of the car, and some other officers helped me get
19   handcuffs on her.  And after that, it was pretty
20   much over.  She sat in the back of the car, and
21   we read her the OC card.  And she refused to
22   answer anything.
23    Q.  Yes, she did.  She says that after you
```

Amanda Carmean interview

11

```
 1   pulled the door open, you hit her in the chest
 2   with your flashlight, and she said, "Oh, my God,
 3   what is wrong with you?"  Then you hit her again
 4   in the chest with your flashlight.
 5    A.  So now I've hit her twice?
 6    Q.  No, you hit her twice in the chest with the
 7   flashlight.
 8    A.  Is that what it said?
 9    Q.  Yeah.
10    A.  That I hit her first and then she said,
11   "What's wrong with you?"  So then I just hit her
12   again?
13    Q.  Right.
14    A.  Okay.
15    Q.  The video didn't show that you ever hit her
16   with your flashlight.
17    A.  I don't -- I don't remember.  You know, I
18   mean, I don't remember.  If I would have had to
19   hit her to hurt her, I would have remembered, you
20   know, that part.
21    Q.  Right.
22    A.  I don't -- I don't remember.
23    Q.  Ms. Quainoo states she was crying and
```

Amanda Carmean interview

12

```
 1   screaming.  She said it was a racial thing, and
 2   you said, "No, bitch.  I'm married to a black
 3   man."  "I," something, "that doesn't matter," and
 4   then she started kicking you -- you started
 5   kicking her, and the man was kicking her on the
 6   passenger side of the car.  Then she started
 7   blowing her horn and screaming for help.  Her
 8   writing is kind of -- she wanted someone to see
 9   what was happening to her.  She said you told the
10   other officer to take the keys so she would stop
11   blowing the horn.  You tried to pull the keys
12   out.  When they pulled out, they dropped on the
13   floor.
14    A.  Uh-huh.
15    Q.  He said, "The horn won't turn off."  "Then
16   she told him to take my seatbelt off.  When he
17   undone my seatbelt, he ran around the car and
18   grabbed my arm and twisted it back in the air.
19   Then she" -- you grabbed her with both hands,
20   pulled -- grabbed with both hands full of her
21   hair and threw you to the ground -- I mean threw
22   her to the ground.  The man had to let go of her
23   arm because she was in the seatbelt.  Then he
```

Amanda Carmean interview

13

1 grabbed my arm again and started kneeing her in
2 the back.  You were kicking her in the head and
3 shoulders.  Then they heard other sirens in the
4 distance, and then that's when y'all attempted to
5 put handcuffs on her.  "When we arrived at the
6 jail, they kept making these comments, I guess to
7 taunt me.  Even when we were in the building,
8 they continued with their taunting remarks."
9    A.   And what were the taunting remarks?
10    Q.   I don't know.
11    A.   Don't know.  I don't either.
12    Q.   She said that you told her that, you know,
13 that all that wasn't necessary, that all you were
14 going to do was give her a warning for no tag
15 light.
16    A.   That's it.  That was it.  I mean, there
17 was -- I don't -- I'm not going to write somebody
18 for no tag light.  You know what I mean?  I'm
19 just -- I thought she didn't have a tag because
20 it was so dark.
21    Q.   Right.
22    A.   And most people -- I don't check mine.  If
23 mine went out, I wouldn't know unless somebody

Amanda Carmean interview

14

1 told me.  So I give everybody that benefit of the
2 doubt.
3    Q.   Yeah.
4    A.   It wasn't a danger to anybody.
5    Q.   Because anybody behind her, their
6 headlights are going to illuminate the tag
7 anyway.
8    A.   Right.  So, I mean, I would just -- the FTO
9 program, you need self-initiated stuff.
10    Q.   Right.
11    A.   It was going to be, you know, a routine --
12 I know there's no such thing, but just, you know,
13 a traffic stop, you know.  I can approach a car
14 safely.  I can explain a situation.  I can make a
15 decision, and we can be on our way.  And, you
16 know, all this snowballed.
17    Q.   It went downhill.
18    A.   From the -- from the time I turned those
19 blue lights on, it was not good.
20    Q.   Okay.  She said that Brian was kneeing her
21 in the back.  Do you know what -- what she would
22 call kneeing?
23    A.   I don't remember.  I honestly do not.

Amanda Carmean interview

15

1    Q.   And that you were kicking her in the head.
2    A.   I never remember kicking her in the head.
3 Now, if I remembered it --
4    Q.   You were kicking her in the head and
5 shoulders.  Okay.  When the other officers got
6 there, there was -- do you remember who the first
7 officer was?  I think he went to the right of --
8 went to Brian's right.
9    A.   I think it was Bates, I think is his name.
10 He even towed the car for --
11    Q.   Josh Bates?
12    A.   Yes.  He did the impound sheet for us.
13    Q.   No, that was Michael Tucker that did the
14 impound sheet.
15    A.   Tucker.
16    Q.   Yeah.
17    A.   Yes, that's it.
18    Q.   There was another one that helped you get
19 her handcuffed.  I don't know if that was Tucker.
20    A.   From what I can remember -- because I don't
21 even know what that radio traffic sounded like.
22 Did you hear the tape of the radio traffic?
23    Q.   No.

Amanda Carmean interview

16

1    A.   I can't even imagine what -- it must have
2 sounded horrible, because, you know, there was a
3 lady screaming and the car horn and then us
4 yelling in, "Code 1, Code 1."  So she put in a
5 10-3 and sent everybody towards us.
6    Q.   Yeah.
7    A.   The officers I can remember, obviously it
8 was me and Brian.  The next person I remember
9 seeing running up a hill was Tucker.
10    Q.   Uh-huh.
11    A.   Kennington was there.  Our sergeant was
12 there.  A Tango unit, Howell.
13    Q.   Let's see.  Shawn Guzman was there, wasn't
14 he?
15    A.   Guzman was there, Howell, Tango 33.
16    Q.   Okay.
17    A.   He showed up.  I think that was it.
18    Q.   There was about 11 officers.
19    A.   There was a lot of people that showed up.
20    Q.   Yeah.
21    A.   And, as I say, that's got to be because of
22 the radio traffic, because if you can't see it
23 and all you can hear, I'd go, too.

Amanda Carmean interview

17

```
 1   Q.  Right.
 2   A.  So as far as who put -- somebody -- she was
 3  still fighting.
 4   Q.  When we get finished with this, we'll look
 5  at the -- at the --
 6   A.  Tape?
 7   Q.  Yeah.
 8   A.  Okay.
 9   Q.  And maybe you can tell me who it is,
10  because I think whoever it was did give her a
11  knee common peroneal strike.
12   A.  Did they?  Okay.
13   Q.  But I didn't see anybody else strike her.
14  But, anyway.
15   A.  No, nobody beat her, by any means.
16   Q.  No.  She got some road rash from --
17   A.  Probably where she hit the --
18   Q.  -- where she turned on the pavement.
19  Right.
20   A.  That's probably what it was from.  You
21  know, HEMSI did look at her.  They did a
22  complete, you know -- because she complained
23  about her face, and I know it had burns.
```

Amanda Carmean interview

18

```
 1   Q.  Yeah.
 2   A.  So she complained, and they looked over her
 3  and said she was okay, and the jail took her, so.
 4  I don't remember actually seeing her come out of
 5  the car.  I don't have that -- I just remember
 6  Brian getting --
 7   Q.  I think you were not on that side.  I think
 8  you were on the passenger side when he actually
 9  pulled her out of the car.
10   A.  So, yeah.  So I don't know.  You know, she
11  may -- she may have hit the pavement face first.
12   Q.  She didn't hit that hard, but I think that
13  a lot of her bruises might have come for her --
14  from her still resisting --
15   A.  She really was.
16   Q.  -- and wiggling around after being sprayed.
17   A.  She really was.  You know, even after -- if
18  you do all that to me, there's a good chance I'm
19  going to let you put handcuffs on me.
20   Q.  I'm going to be still.
21   A.  Yeah.  And she wouldn't.
22   Q.  A normal, sane person probably would have.
23   A.  From what I remember, if I came up -- I
```

Amanda Carmean interview

19

```
 1  came up to her right side, and an officer had an
 2  arm.  And we were still fighting with her just to
 3  get her arms close enough to get those handcuffs
 4  on her.
 5   Q.  Right.
 6   A.  So if she was moving her face around on
 7  that pavement at all, she could have gotten --
 8   Q.  Oh, yeah.
 9   A.  She could have definitely got --
10   Q.  Was she on her knees kind of in the
11  backseat or -- because -- you'll see the video,
12  but it looks like that she's on her knees.
13   A.  She was hunched -- in the police car?
14   Q.  Yeah.
15   A.  When I looked at her, I remember she was --
16  I think she threw up in the car, so I think she
17  was like -- yeah.  We found out the next day.
18  But she was hunched over more like this
19  (indicating).
20   Q.  Okay.  Maybe that's what she was doing.
21   A.  And the Tango unit had rolled down the
22  window because I can't even breath.  That's why I
23  don't like to use OC.  When I got sprayed in the
```

Amanda Carmean interview

20

```
 1  academy, I lost my eyelashes.
 2   Q.  Oh, bless your heart.
 3   A.  So, you know, I don't -- I don't use that
 4  stuff unless I absolutely have to.  And when we
 5  rolled down the window, I went to read her the
 6  card, and it all the fumes came out.
 7   Q.  Right.
 8   A.  Which I had wanted to let it air out
 9  anyway, because, from what I understand, people
10  can suffocate.
11   Q.  Yeah.
12   A.  So we were going to roll down the window.
13  She had only been in there for a few minutes.
14  And when it all came out, I was like teared up,
15  red-faced already.  And I said, "Look, you know,
16  I can't read this.  Would you read it?"  And he
17  read it to her.  And at that time, I do remember
18  her leaned over looking as far as --
19   Q.  I just wondered because, you know, her face
20  didn't show a lot in the -- in the video.
21   A.  Uh-huh.
22   Q.  And it -- I don't know if it was just
23  the -- y'all might need to check the camera
```

Amanda Carmean interview

21

1   angle -- the camera angle or something.
2       A.  Uh-huh.
3       Q.  Or whether -- I was thinking it looks like
4   she's got her feet under her or something.
5       A.  She might have.
6       Q.  You know.
7       A.  Oh, it was crazy.  I mean, she had a little
8   dog with her and scared the dog to death.  It
9   was just -- it was bad.
10      Q.  Honking that horn scared the dog to death
11  more than anything.
12      A.  It was supposed to be her little girl's
13  birthday.
14      Q.  I don't know if it was a -- I don't think
15  it was a young girl.  It was an older girl --
16      A.  Was it?
17      Q.  -- that was going to go out somewhere
18  and -- I don't know.  I think that's what it was.
19  It was an older daughter.
20      A.  And, you know, I told her in the jail.  I
21  did tell her.  I was like, you know, "This is all
22  uncalled for.  This is for nothing, you know.  I
23  was going to let you know that it was" -- because

Amanda Carmean interview

22

1   her registration came back.  From what I
2   understand, she did have insurance, you know,
3   proof of insurance in the vehicle.  Her license
4   came back fine.  Everything was fine.  There was
5   absolutely no reason.  And she said from point --
6   from the very beginning, she was going to stop.
7       Q.  When, was just the question?
8       A.  I don't know.  I mean, you saw I had to fly
9   to catch up with her, so.
10      Q.  Yeah.  Let's see.
11      A.  I don't know.
12      Q.  Dry Creek isn't anywhere close to where you
13  stopped her, was it, or is it?
14      A.  I don't even know where Dry Creek is at.
15      Q.  I don't either.  It's over there somewhere.
16  I thought it was off Oakwood.
17      A.  It may be.  I wouldn't have the first clue.
18  I know she has relatives that work here in the
19  jail.
20      Q.  Oh, really?
21      A.  Uh-huh.
22      Q.  Well.
23      A.  Yeah.

Amanda Carmean interview

23

1       Q.  Tough.  Okey-dokey.  But from what you
2   remember, you don't remember anybody kicking her
3   or punching her or anything like that?
4       A.  I don't remember.  I'll say I don't
5   remember.
6       Q.  You didn't see anybody do it?
7       A.  No.
8       Q.  Okay.  And you didn't do it?
9       A.  Not that I --
10      Q.  And you don't remember hitting her through
11  the open car door, hitting her in the chest twice
12  with your flashlight?
13      A.  I don't -- I don't remember --
14      Q.  And this was before she was sprayed or any
15  of that kind of stuff.
16      A.  This was before everything got ugly?
17      Q.  Right.
18      A.  I don't -- I don't remember.  I can't --
19  I'm not going to say, "No, there's no way I did
20  it," because I don't, you know -- if she -- I can
21  remember her -- she hit me in this -- somewhere
22  in this area.  So I don't --
23      Q.  Know if it -- yeah.

Amanda Carmean interview

24

1       A.  I don't know.  I would have to watch the
2   video, so.
3       Q.  Yeah.  All righty.  Let's see.  This time
4   is the time you start your statement.  That time
5   is the time you end it.
6       A.  Okay.
7       Q.  And then you just fill in that stuff.  And
8   I'll go set up the video.
9       A.  And this is the -- where I have to rewrite
10  all of what happened?
11      Q.  Yeah.  You know, you don't have to be as
12  detailed, you can just -- just what you remember
13  and --
14      A.  Okay.
15      Q.  -- go from there.
16          (Investigator Burch leaves the office while
17          Officer Carmean fills out paperwork.)
18      Q.  Done?
19      A.  I am done.
20      Q.  I think I figured out who it is.  It's
21  Steven Graham.
22      A.  Graham.
23      Q.  I think he was -- do you remember him being

Amanda Carmean interview

```
                                              25
 1   there?
 2      A.  (Shakes head.)
 3      Q.  We can try to figure out who he is.
 4      A.  Is this page 1 or 2?
 5      Q.  That's 1.  That's 2.
 6      A.  Okay.  (Inaudible) 3 and 4.
 7      Q.  3 and 4.  I only saw one little tap with
 8   the flashlight.
 9      A.  That's what I remember.
10      Q.  It didn't look like she was hit.  Yeah.
11   Okay.  What is today, the 14th?
12      A.  Yes, ma'am, already.
13          UNKNOWN MALE:  Are you about done?
14          INVESTIGATOR BURCH:  Huh?
15          UNKNOWN MALE:  Are you about done?
16          INVESTIGATOR BURCH:  Yeah, just about.
17   Why?
18          UNKNOWN MALE:  If you ain't, I can use that
19   other room.
20          INVESTIGATOR BURCH:  Yeah, I'm almost done.
21          UNKNOWN MALE:  Huh?
22          INVESTIGATOR BURCH:  Yeah.
23          UNKNOWN MALE:  Yeah, what?
```
Amanda Carmean interview

```
                                              26
 1          INVESTIGATOR BURCH:  I'm almost done.
 2      Q.  (By Investigator Burch) He ain't rushing
 3   me.  Bald-headed people.  Cocky, aren't they?
 4      A.  So we get to watch it?
 5      Q.  Yeah.
 6      A.  Do you want me to turn this off or leave it
 7   on?
 8      Q.  Leave it on.
 9       (Investigator Burch and Officer Carmean leave
10              the room.  End of video.)
```
Amanda Carmean interview