FILED
2012 May-18 PM 06:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

Childress Ex. 13

# EXHIBIT L

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| CALLIE HAWKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number: 5:11-cv-0011-AKK |
| | ) |
| CITY OF HUNTSVILLE, ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**STATE OF ALABAMA**    )
**COUNTY OF MADISON**   )

## AFFIDAVIT TESTIMONY OF
## BURNIE STEDHAM

**BEFORE ME,** a Notary Public in and for Madison County, Alabama, personally appeared the affiant, Burnie Stedham, and after first being duly sworn, he stated the following:

1. My name is Burnie Stedham. I am over the age of 19 years, and I reside in Madison County, Alabama.

2. I am employed by the Huntsville Police Department of the City of Huntsville, Alabama ("HPD"). My rank is Sergeant and I currently serve as the Internal Affairs Commander for HPD. In this position, I am the custodian of records (including electronically stored information) maintained by or on file with the Internal Affairs Division of HPD.

3. The items listed and described below are true and correct copies of materials maintained by or on file with the Internal Affairs Division of HPD:

Tab 1    Use of Oleoresin Capsicum Spray Restraint Form completed by Officer Amanda Carmean on January 2, 2009, event number: 4047405 [D12]

Tab 2    HPD Internal Affairs Division file for case #09-02-015 (Callie Hawkins) [D8021-D8052]

These materials were created at or near the time of the events recorded by a person with knowledge of those events or the contents of the materials, or from information transmitted by a person with knowledge of those events. These materials are kept in the ordinary course of HPD's regularly-conducted business activities, which is HPD's customary practice. Additionally, the contents of the materials set forth matters observed pursuant to a duty imposed by law or are factual findings resulting from an investigation made pursuant to authority granted by law.

**FURTHER AFFIANT SAITH NOT.**

_____
Burnie Stedham

**SWORN TO AND SUBSCRIBED** before me this the 10th day of May, 2012.

_____
Notary Public

My Commission Expires: 1/23/2016

{SEAL}

# Tab 1

# HUNTSVILLE POLICE DEPARTMENT
## USE OF OLEORESIN CAPSICUM SPRAY RESTRAINT FORM
### EVENT

FORM 101.24F1

| DATE OCCURRED | TIME | LOCATION | ZONE | EVENT NBR |
|---|---|---|---|---|
| 01/03/09 | 2036 | LAVERNE ST/SPARKMAN AVE | A6 | 4CA7405 |

### SUBJECT INVOLVED

| NAME | RACE | SEX | DOB |
|---|---|---|---|
| CALLIE ALEXANDER HAWKINS | B | F | [redacted] |

| ADDRESS | TELEPHONE NO |
|---|---|
| [redacted] | none |

| CHARGES | | | |
|---|---|---|---|
| OBSTRUCTING GOVERNMENT OPERATIONS | HARASSMENT | RESISTING ARREST | |

| WITNESS | ADDRESS | TELEPHONE NO |
|---|---|---|
| B. HOPKINS | 815 WHEELER AVE HSV, AL | 256-722-7100 |

[✓] OC ADMINISTRATIVE WARNING CARD READ      TIME: 1845 HOURS

### AGENT

**O.C. AGENT EFFECTIVENESS**
[ ] EFFECTIVE   [✓] PARTIALLY EFFECTIVE   [ ] NO EFFECT

**EXPLANATION OF EFFECT**
CAUSED SUBJECT TO CHOKE AND WEEZE, BUT SHE WAS ABLE TO WIPE THE SPRAY FROM HER EYES AND CONTINUE RESISTING

**DECONTAMINATION**
[X] DECONTAMINATED   [ ] REFUSED

### INJURY / EVENT SYNOPSIS

**EXPLANATION OF INJURY:** NA

**HOSPITAL WHERE TREATED:** NA

**TREATING PHYSICIAN:** NA

**SYNOPSIS OF EVENT**
SUBJECT WAS RESISTING ARREST, I ADMINISTERED ONE TWO SECOND BURST TO THE LEFT SIDE OF THE SUBJECTS FACE HITTING THE LEFT EYE. AFTER ADMINISTERING THE OC SPRAY OFFICERS WERE ABLE TO HANDCUFF THE SUBJECT AND TAKE HER INTO CUSTODY.

| REPORTING OFFICER | ASSISTING OFFICER |
|---|---|
| D. CARMEAN 14415 | B. HOPKINS 13380 |

| SUPERVISOR APPROVING | SHIFT COMMANDER |
|---|---|
| [signature] 11905 | [signature] |

D000012
Hawkins v. COH

# Tab 2

**Huntsville Police Department**
City of Huntsville
P. O. Box 2085
Huntsville, AL 35804

09-02-015

COMMISSION ON ACCREDITATION
FOR LAW ENFORCEMENT AGENCIES



March 10, 2009

Callie Hawkins
████████████
Huntsville, AL 35810

Dear Ms. Hawkins,

You filed a complaint with the Internal Affairs Division of the Huntsville Police Department, alleging misconduct by members of the City of Huntsville Police Department. Your complaint prompted a thorough investigation into the incident.

After reviewing the Investigative Report, I have determined that the employees acted within the accepted discretion of the Huntsville Police Department and no further action is deemed necessary at this time.

The Huntsville Police Department continuously strives to provide the best police services possible. We appreciate the opportunity to address your concerns. If we can assist you further, please do not hesitate to contact us.

Sincerely,

Henry J. Reyes
Chief of Police

HJR/dlc



*A Future on the Horizon*
**Huntsville**
Tommy Battle, Mayor

D008021
Hawkins v. COH

## OFFICE MEMORANDUM * CITY OF HUNTSVILLE, ALABAMA

DATE: March 10, 2009

TO: Deputy Chief Mark Hudson
Operations Bureau

FROM: Henry J. Reyes
Chief of Police

SUBJECT: IA Case #09-02-015

On January 13, 2009, Callie Hawkins came to Internal Affairs jail alleging Officers A. Carmean (#14415) and B. Hopkins (#13360) used excessive force against her during her arrest.

Investigator M. Burch investigated the incident and concluded the allegation was either demonstrably false or there is no credible evidence to support it. Please inform said officers that **UNFOUNDED** was approved as the final disposition in this case.

Should you have any questions, please contact Sergeant Burnie Stedham, Internal Affairs, at 427-7012.

HJR/dlc

D008022
Hawkins v. COH