## Statement Supplement

Page 4  I.A. Case # _____

FROM THE PASSENGER SIDE. AT THAT TIME OFFICER HOPKINS WAS ABLE TO REMOVE THE DRIVER FROM THE CAR. I RAN OVER TO HANDCUFF HER AS OTHER OFFICERS ARRIVED TO ASSIST. DRIVER CONTINUED TO RESIST BEING HANDCUFFED, CAUSING ME TO REQUIRE THE ASSISTANCE OF TWO OTHER OFFICERS. AFTERWARDS SHE WAS PLACED IN THE BACK OF THE PATROL CAR. SHE REFUSED TO ANSWER ANY QUESTIONS ON THE CC CARD AND WAS DECONTAMINATED BY HEMSI AT P.S.C.

_____
Witness

_____
Signature of Person Giving Statement

Notary Public: _____

Final Page [✓]

My Commission Expires: _____

D008041
Hawkins v. COH

# HUNTSVILLE POLICE DEPARTMENT

## Administrative Rights

| Name of Member | Rank | ID Number | Unit Assignment |
|---|---|---|---|
| Brian Hopkins | Officer | 13380 | 2nd Task Force |

## INTERVIEW WARNING

You are hereby advised that you are being questioned as part of an official investigation of the Huntsville Police Department.

You are entitled to all rights and privileges guaranteed by the laws and the Constitution of the State and the Constitution of the United States.

You are required to answer all questions specifically directed and narrowly related to the performance of your official duties or fitness for office, honestly, completely, and to the best of your ability.

Refusal to answer questions that relate to the performance of official duties for office will make you subject to departmental charges, which could result in dismissal from the Police Department.

If a statement is given, neither the statement nor any information or evidence gained by reason of such statement can be used against you in any subsequent criminal proceedings, except for perjury or obstruction of justice. (US. V Veal, 153 F3d 1233 (11C.A. - 1988)

However, the statement can be used against you in a subsequent departmental charge.

Do you understand the requirement to give an administrative statement?

(✓) YES   ( ) NO

THE UNDERSIGNED HEREBY ACKNOWLEDGES THAT HE WAS INFORMED OF THE ABOVE RIGHTS.

_____
Signature

1-20-09
Date

_____
M Burch
Witness

_____
I.A. Case #

Prepare in Duplicate:
Original to Investigator's File
Copy to Member

D008042
Hawkins v. COH

# INTERNAL AFFAIRS DIVISION
## EMPLOYEE ADMINISTRATIVE STATEMENT FORM

I.A. Case Number _____

Date 1-20-09   Time 1031   Place PSC Internal Affairs

Name Brian Hopkins   Employee # 13380
PLEASE PRINT

This statement is being made to Investigator(s) _____
as part of an official investigation of the Huntsville Police Department Internal Affairs Division. I have been informed of my administrative rights. I am also aware that anything I say may be used at an Administrative Due Processing Hearing and I may be subpoenaed to testify in a civil proceeding as a result of this statement.

I, officer Hopkins, was training a rookie, Amanda Carmean, on 1-2-09. Officer Carmean attempted to make a traffic stop at Sparkman/Pulaski Pike. The vehicle didn't stop at first but continued westbound on Sparkman from Pulaski Pike about two streets. (Laverne Dr) Officer Carmean made contact w/ the driver and about five seconds later, I noticed officer Carmean look at me and she didn't have any of the drivers info in her hand. I, officer Hopkins, got out of the patrol car and started walking toward the subjects

I have read this statement consisting of __4__ page(s) and I affirm to the truth and accuracy of the facts contained in this statement.

1-20-09
Date

_M Burel_
Witness

1055
Time

_[signature]_ 13380
Signature of Person Giving Statement

Notary Public: _____
My Commission Expires: _____

D008043
Hawkins v. COH

## Statement Supplement

Page __2__   I.A. Case # _____

vehicle. As I approached, I could hear Officer Carmean ask for the ladies D.L and Insurance. The driver was loud enough in saying, "I don't have to give you anything, because I didn't do anything wrong" that I could hear her on the passenger side of the vehicle. Officer Carmean then opened the drivers side door and told the driver to step out of the vehicle. The driver said "NO" and pushed Officer Carmean away from the door and attempted to shut the door. Officer Carmean then stepped between the door and driver to prevent her from shutting the door. Officer Carmean then gave a verbal command to get out of the car. Officer Carmean grabbed her O.C spray and gave several commands to get out of the car. Officer Carmean then sprayed the driver on the left side of her face and the driver started yelling and blowing the horn. The driver made several racist remarks because she was black and officers were white.

_____   _____ 13350
**Witness**   **Signature of Person Giving Statement**

**Notary Public:** _____   Final Page [ ]

**My Commission Expires:** _____

D008044
Hawkins v. COH

## Statement Supplement

Page ___3___             I.A. Case # _____

During this time, I unbuckled her seatbelt so we could get her out of the car. I, officer Hopkins, walked around to the drivers side to help Officer Carmean pull the lady out. I, officer Hopkins, attempted a wrist lock (Rear) to get her out but she wouldn't let go of the steering wheel w/ her right hand. After several attempts to get her out w/ verbal commands I, officer Hopkins, reached into the car and grabbed the subject and pulled her out by her pants and shirt. After the subject was on the ground we cuffed her and had SGT Harris enroute. SGT Harris arrived and was briefed and told us to take her to jail.

Witness: M Burch

Signature of Person Giving Statement: 1336

Notary Public: _____     Final Page [✓]

My Commission Expires: _____

D008045
Hawkins v. COH

# HUNTSVILLE POLICE DEPARTMENT

## Administrative Rights

| Name of Member | Rank | ID Number | Unit Assignment |
|---|---|---|---|
| S. Guzman | Officer | 14395 | |

## INTERVIEW WARNING

You are hereby advised that you are being questioned as part of an official investigation of the Huntsville Police Department.

You are entitled to all rights and privileges guaranteed by the laws and the Constitution of the State and the Constitution of the United States.

You are required to answer all questions specifically directed and narrowly related to the performance of your official duties or fitness for office, honestly, completely, and to the best of your ability.

Refusal to answer questions that relate to the performance of official duties for office will make you subject to departmental charges, which could result in dismissal from the Police Department.

If a statement is given, neither the statement nor any information or evidence gained by reason of such statement can be used against you in any subsequent criminal proceedings, except for perjury or obstruction of justice. (US. V Veal, 153 F3d 1233 (11C.A. - 1988)

However, the statement can be used against you in a subsequent departmental charge.

Do you understand the requirement to give an administrative statement?

(✓) YES  ( ) NO

THE UNDERSIGNED HEREBY ACKNOWLEDGES THAT HE WAS INFORMED OF THE ABOVE RIGHTS.

-----

_____
Signature

1-28-09
Date

| Witness | I.A. Case # |
|---|---|
| | |

Prepare in Duplicate:
Original to Investigator's File
Copy to Member

D008046
Hawkins v. COH

# INTERNAL AFFAIRS DIVISION
## EMPLOYEE ADMINISTRATIVE STATEMENT FORM

I.A. Case Number _____

Date 1/28/09  Time _____  Place 815 Wheeler Ave.

Name S. Guzman  Employee # 14395
PLEASE PRINT

This statement is being made to Investigator(s) M. Burch
as part of an official investigation of the Huntsville Police Department Internal Affairs Division. I have been informed of my administrative rights. I am also aware that anything I say may be used at an Administrative Due Processing Hearing and I may be subpoenaed to testify in a civil proceeding as a result of this statement.

I (Officer S. Guzman) was assisting officer B. Hopkins and A. Carmean on 1-2-09 at Lavern and Sparkman Dr. on a traffic stop. Callie Hawkins was the offender and was screaming and cussing officers. When I arrived Mr Hawkins was on the ground out of the car after cussing officer Carmean and trying to close the car door on her. Ms Hawkins was handcuffed and treated with appropriate force and no officers to my recolection had their knee on Ms Hawkins head or face. No excessive force was used that I can remember.

I have read this statement consisting of __1__ page(s) and I affirm to the truth and accuracy of the facts contained in this statement.

1-28-09                                    1523
Date                                       Time

_____                    _____
Witness                                    Signature of Person Giving Statement

Notary Public: _____

My Commission Expires: _____

D008047
Hawkins v. COH

# HUNTSVILLE POLICE DEPARTMENT

## Administrative Rights

| Name of Member | Rank | ID Number | Unit Assignment |
|---|---|---|---|
| Steven Graham | Officer | 11390 | Alpha |

## INTERVIEW WARNING

You are hereby advised that you are being questioned as part of an official investigation of the Huntsville Police Department.

You are entitled to all rights and privileges guaranteed by the laws and the Constitution of the State and the Constitution of the United States.

You are required to answer all questions specifically directed and narrowly related to the performance of your official duties or fitness for office, honestly, completely, and to the best of your ability.

Refusal to answer questions that relate to the performance of official duties for office will make you subject to departmental charges, which could result in dismissal from the Police Department.

If a statement is given, neither the statement nor any information or evidence gained by reason of such statement can be used against you in any subsequent criminal proceedings, except for perjury or obstruction of justice. (US. V Veal, 153 F3d 1233 (11C.A. - 1988)

However, the statement can be used against you in a subsequent departmental charge.

Do you understand the requirement to give an administrative statement?

(X) YES    ( ) NO

THE UNDERSIGNED HEREBY ACKNOWLEDGES THAT HE WAS INFORMED OF THE ABOVE RIGHTS.

Signature

Date: 02-05-09

Witness: M Burch

I.A. Case #

Prepare in Duplicate:
Original to Investigator's File
Copy to Member

D008048
Hawkins v. COH

## INTERNAL AFFAIRS DIVISION
### EMPLOYEE ADMINISTRATIVE STATEMENT FORM

I.A. Case Number _____

Date 02-05-09  Time 13:26  Place I.A.

Name Steven Graham  Employee # 11390
PLEASE PRINT

This statement is being made to Investigator(s) Marlin Burch
as part of an official investigation of the Huntsville Police Department Internal Affairs Division. I have been informed of my administrative rights. I am also aware that anything I say may be used at an Administrative Due Processing Hearing and I may be subpoenaed to testify in a civil proceeding as a result of this statement.

When I got there the offender was on the ground and wouldn't let officers handcuff her. I ran up and gave the offender one knee to the common perronal. I didn't see anyone kick the offender or have their knee in her face.

I have read this statement consisting of __1__ page(s) and I affirm to the truth and accuracy of the facts contained in this statement.

02-05-09                    13:00
Date                        Time

MBurch                      [signature]
Witness                     Signature of Person Giving Statement

Notary Public: _____

My Commission Expires: _____

D008049
Hawkins v. COH