FILED
2012 Oct-22 PM 06:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

| Calls For Service Report | | Call ID: *P4047405* | | | Printed: January 13, 2009 |
|---|---|---|---|---|---|
| **1. Agency** HPD | **2. Person Received Complaint** Matthews, Jennifer T | **3. Date/Time Received** 01/02/2009... 18:35 **4. Time Dispatched** 18:35 | **5. Time Arrived** 18:35 **6. Time Complete** 21:55 | | **7. Case #** 2009-00133 |
| **8. Nature Of Incident** | TRAFFIC STOP | | | | |
| **9. Location Of Incident** | PULASKI PIKE / SPARKMAN DR NW, HUNTSVILLE, AL | | | | |
| **10. Victim or Caller** | | | | | |
| **11. Classification** | **12. How Received** 'OFFICER' I/CAD... | **13. Disposition** ASSIGN CASE | **14. Officer** Hopkins, Brian Keith | | **15. Date Submitted** 01/02/2009... |

**Notes:** Field Event 47B837V OLDER MODEL TOY CAMRY Alarm Timer Extended: 12 LAVERN/SPARKMAN OC USED....1839 A31 COPIED 10-3...1839 ** LOI search completed at 01/02/09 18:39:50 ** LOI search completed at 01/02/09 18:40:00 ** LOI search completed at 01/02/09 18:40:00 ** LOI search completed at 01/02/09 18:40:01 ** LOI search completed at 01/02/09 18:40:01 C1....1840 UNITS CUTTING CODE NEED UNITS TO STEP IT UP....1840 ** LOI search completed at 01/02/09 18:42:08 ** LOI search completed at 01/02/09 18:42:08 ** LOI search completed at 01/02/09 18:42:24 ** LOI search completed at 01/02/09 18:42:40 A31 C1...1842 Alarm Timer Extended: 12 Alarm Timer Extended: 12 Alarm Timer Extended: 12 Alarm Timer Extended: 12 Alarm Timer Extended: 12 Alarm Timer Extended: 12 Alarm Timer Extended: 12 Alarm Timer Extended: 12 NEED ANM CONTROL ENRT....1845 *********NEED 10-58 FOR DECON**********1846 ** Cross Referenced to Event # P4047410 at: 01/02/09 18:46:50 ** >>>> by: JENNIFER MATTHEWS on terminal: hpd2 NEED IMP...1850 ANM CONTROL PAGED....1851 A36 10-15...1852 IMP NOT....1853 Alarm Timer Extended: 15 ANM CONTROL PAGED AGAIN...1900 A32 TAKING DOG TO SHELTER...ANM CONTROL CAN 10-22...1901 ** LOI search completed at 01/02/09 19:02:59 Alarm Timer Extended: 75 Alarm Timer Extended: 20 Alarm Timer Extended: 20 Alarm Timer Extended: 30 Alarm Timer Extended: 75 ** Case number 200900133 has been assigned ** >>>> by: JENNIFER MATTHEWS on terminal: hpd2 A36/E53 CASE Alarm Timer Extended: 30 Alarm Timer Extended: 60 Alarm Timer Extended: 75

*R_Cfsv1*

D008050
Hawkins v. COH

# ARREST REPORT

Fingerprinted: No
R84 Completed: Yes

| # | Field | Value |
|---|---|---|
| 1 | ORI # | AL0470100 |
| 2 | AGENCY NAME | Huntsville Police Department |
| 3a | ARREST # | 2009000062 |
| 3b | CASE # | - |
| 4 | SFX | |

**5 LAST, FIRST, MIDDLE NAME:** Hawkins, Callie Alexander
**6 ALIAS AKA:** Callie Sue Alexander

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN |
|---|---|---|---|---|---|---|
| F | B | 5'05 | 200-250 | BRO | BRO | MED |

14: (none checked)
15 PLACE OF BIRTH: (redacted)
16 SSN: (redacted)
17 DATE OF BIRTH: (redacted)
18 AGE: 45
19 MISCELLANEOUS ID #: 0000074252
23 ST: AL

26 RESIDENT
27 HOME ADDRESS: Huntsville, AL
28 RESIDENCE PHONE: (256) (redacted)
30 EMPLOYER: Unemployed

**33 LOCATION OF ARREST:** Laverne Dr Nw / Sparkman Dr Nw...
**35 ARRESTED FOR YOUR JURISDICTION?** IN STATE
**36 CONDITION OF ARRESTEE:** Sober
**37 RESIST ARREST?** Yes
**38 INJURIES?** None
**39 ARMED?** N
**41 DATE OF ARREST:** 01/02/2009
**42 TIME OF ARREST:** 19:12 PM
**43 DAY OF ARREST:** F
**44 TYPE ARREST:** ON VIEW
**45 ARRESTED BEFORE?** Unknown

| # | Charge | Fel/Misd | UCR | State Code |
|---|---|---|---|---|
| 46/47/50 | Harassment | MISD | 13C | 13A-11-8 |
| 48/49/53 | Obstructing Government Operations | MISD | 90Z | 13A-10-2 |
| 56/57/60 | Resisting Arrest | MISD | 90Z | 13A-10-41:4801 |

**66 ARREST DISPOSITION:** Pending

**91 DATE AND TIME OF RELEASE:** 01/03/2009 02:14 AM
**92 RELEASING OFFICER NAME:** King, Sheree
**94 ID #:** 717926

**111 ARRESTING OFFICER:** Carmean, Amanda N — **112 ID #:** 5114415
**113 ARRESTING OFFICER:** Hopkins, Brian Keith — **114 ID #:** 5113380

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST 01/02/2009... | 19:12 | AM / PM / MIL | 118a. CASE # - | 119 SFX |
|---|---|---|---|---|---|
| | | | | 118b ARREST # 2009000062 | |

**120 ADDITIONAL ARREST INFORMATION**

On 01/02/2008 police attempted to initiate a traffic stop at Sparkman Drive and Pulaski Pike. Driver initially pulled into the median on Pulaski Pike, then as there was a break in traffic, drove West onto Sparkman Drive, forcing police to wait on several vehicles to pass before they could follow the subject on Sparkman Drive. When police were able to turn West on Sparkman Drive to catch up to the vehicle, the driver had already traveled several blocks West and did not immediately pull over, but instead continued West on Sparkman before eventually turning onto Laverne and stopping several houses down from the beginning of Laverne. I approached the vehicle, made contact with the driver Callie Alexander Hawkins, and asked for her information (liscence, insurance, tag reciept). At that point Ms. Hawkins refused to give any information, yelling that she did not do anything wrong and did not deserve to be pulled over. After requesting Ms. Hawkins information several times and not getting any response from Ms. Hawkins, I asked her to step out of the vehicle, which she refused as well. I opened the door to the vehicle and asked Ms. Hawkins to remove the keys from her ignition at which point she began to shut the car door as I was standing between the door and the vehicle. I grabbed the door to keep the door open and at that point Ms. Hawkins yelled "Bitch get your hands off of my door!" and hit me in my chest area, trying to push me away from the door. At that point I removed my OC spray from my duty belt and advised Ms. Hawkins (several times) to step out of the vehicle or she would be sprayed, Ms. Hawkins refused and was sprayed with the OC spray. Officers then advised Ms. Hawkins that she was under arrest at which point she tried to shut that car door once again and began to roll up her windows, the vehicle was still in drive and began to roll backwards. Officer Hopkins had to reach inside the drivers door and place the vehicle into park. Officer Hopkins attempted to perform a wristlock to remove Ms. Hawkins from the vehicle while I pushed from the passenger side. Officers were unsuccessful in removing her and Ms. Hawkins began to blow her car horn and scream racial slurs. Officer Hopkins was able to pull Ms. Hawkins from the vehicle as other officers arrived to assist in the handcuffing. Ms. Hawkins was then placed in the back of the patrol car and read the OC warning card, and she refused to answer the questions on the warning card. Ms. Hawkins then was transported to PSC where HEMSI was waiting to decontaminate Ms. Hawkins upon arrival. Ms. Hawkins was booked into Metro jail without furthur incident. See case # 2009-00133 and event# 4047405.

D008052
Hawkins v. COH