FILED

2014 Jan-10  PM 01:30
U.S. DISTRICT COURT
N.D. OF ALABAMA



JAN 0 9 2014

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **ALAN KENT CHILDRESS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. CV-09-S-2489-NE** |
| | ) | |
| **DONALD W. LONG, and** | ) | |
| **EDWARD L. HOUCK,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**SPECIAL INTERROGATORIES**
**TO THE JURY**

1.     Do you find from a preponderance of the evidence that defendants, Donald W. Long and Edward W. Houck, intentionally committed acts that violated the plaintiff's constitutionally-protected right to not be arrested or seized without probable cause?

Answer Yes or No      N O

2.     Do you find from a preponderance of the evidence that defendant Donald W. Long intentionally committed acts that violated the plaintiff's constitutionally-protected right to be free from the use of excessive, or unreasonable force, during his arrest?

Answer Yes or No      N O

**Note: Do not answer Question No. 3 unless your answer to Question No. 2 was "Yes."**

3.    Do you find from a preponderance of the evidence that defendant Edward W. Houck had a realistic opportunity to intervene, to prevent the use of excessive force by defendant Donald W. Long, but failed to do so.

> Answer Yes or No         NO

4.    Do you find from a preponderance of the evidence that defendants, Donald W. Long and Edward W. Houck, intentionally committed acts that violated the plaintiff's constitutionally-protected right to not be subjected to an unreasonable search of his dwelling or home?

> Answer Yes or No         NO

**Note: Do not answer any further questions unless you answered one (or more than one) of the first four questions "Yes." Stated differently, if your answers to questions 1 through 4 were all "No," then skip the remaining questions, and have your foreperson sign and date this verdict form at the bottom of the last page.**

## COMPENSATORY DAMAGES

5.    Do you find from a preponderance of the evidence that the compensatory damages claimed by plaintiff were *both* caused by, *and*, a reasonably foreseeable result of, the defendants' conduct?

> Answer Yes or No         _____

**Note: If your answer to Question No. 5 is "No," skip the remaining questions, and have your foreperson sign and date this verdict form at the bottom of the last page.**

6.     Do you find from a preponderance of the evidence that plaintiff should be awarded damages to compensate him for the reasonable value of any working time that he lost as a result of the constitutional violations complained of?

Answer Yes or No     _____

If your answer to this question was "Yes," what amount do you award?  (State your answer in both words and arithmetic figures.) _____

_____ ($_____).

7.     Do you find from a preponderance of the evidence that plaintiff should be awarded damages to compensate him for the reasonable costs of attorney's fees and expenses incurred in defending him in the municipal and state court system?

Answer Yes or No     _____

If your answer to this question was "Yes," what amount do you award?  (State your answer in both words and arithmetic figures.) _____

_____ ($_____).

8.     Do you find from a preponderance of the evidence that the plaintiff should be awarded damages to compensate him for emotional pain and mental anguish?

Answer Yes or No     _____

If your answer to this question was "Yes," what amount do you award?  (State your answer in both words and arithmetic figures.) _____

_____ ($_____).

**Note:  Do not answer the following question pertaining to Punitive Damages unless you answered Question No. 6, or Question No. 7, or Question No. 8, or all three questions, "Yes," and awarded plaintiff**

**some amount as compensatory damages**.

### PUNITIVE DAMAGES

9.      Do you find from a preponderance of the evidence that the defendants acted with malice or with reckless indifference to the plaintiff's federally protected rights, and that punitive damages should be assessed against defendants.

Answer Yes or No          _____

If your answer to this question was "Yes," what amount do you award?  (State your answer in both words and arithmetic figures.)  _____

_____ ($_____).

**So say we one, so say we all**, this ___9th___ day of January, 2014.

_____

Jury Foreperson